UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| Lesa Cherron Jack, ) | |
| Debtor. ) | CASE NO. 24-51908 - JWC |
| ) | |

**MOTION TO EXTEND AUTOMATIC STAY**

COMES NOW Debtor, and asks this Court to extend the automatic stay in this bankruptcy case pursuant to 11 U.S.C § 362(c)(3)(A), and respectfully shows the Court the following:

1.

On February 22, 2024, Debtor filed a Voluntary Petition in Bankruptcy for relief under Title 11, Chapter 13 of the United States Code.

2.

Within one (1) year before this bankruptcy case, Debtor was in another Chapter 13 case, case number 23-57093-JWC, which was filed on July 26, 2023, and dismissed on November 16, 2023.

3.

Debtor's previous case was dismissed for failure to provide 2017 through 2021 tax returns.

4.

This case is more likely to be successful because Debtor has filed 2017 through 2021 taxes and has provided cousel with copies of those tax returns.

5.

The current case was filed in a good-faith effort to successfully complete a repayment plan under Chapter 13 of the United States Bankruptcy Code.

6.

Pursuant to 11 U.S.C. § 362(c)(3)(A), the automatic stay will expire on the 30th day after filing of the instant case unless the stay is extended after a hearing on a Motion to Extend the Stay filed pursuant to 11 U.S.C. § 362(c)(3)(B) et seq.

7.

By virtue of 11 U.S.C. § 362(c)(3)(B) "the court may extend the [automatic] stay in particular cases as to any or all creditors (subject to such conditions or limitations as the court may then impose) after notice and hearing… if the party in interest demonstrates that the filing of the later case is in good faith as to the creditors to be stayed."

WHEREFORE, Debtor seeks an Order from the Court, after notice and hearing, as follows:

a) Extending the Automatic Stay without limitation as to all creditors;
b) For such relief as this Court may deem just and appropriate.

Respectfully submitted,
KING & KING LAW LLC

_____/s/\_\_\_\_
Eric S. Smith
Georgia Bar Number 347001
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com
**Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| Lesa Cherron Jack, ) | |
|     Debtor. ) | CASE NO. 24-51908 - JWC |
| ) | |

**NOTICE OF HEARING**

      PLEASE TAKE NOTICE that Lesa Cherron Jack has filed a Motion to Extend Automatic Stay and related papers with the Court seeking an order extending the automatic stay.

      PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion to Extend Stay at **10:45 A. M.** on **March 19, 2024** in Courtroom **1203**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

      Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, .  You must also mail a copy of your response to the undersigned at the address stated below.

[SIGNATURE ON FOLLOWING PAGE]

This __23rd_____ day of ___February_____, 2024

By:_____/s/
Eric S. Smith
Georgia Bar Number 347001
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com
**Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) CHAPTER 13
Lesa Cherron Jack, )
    Debtor. ) CASE NO.  24-51908 - JWC
)

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am more than eighteen years of age, and that on this day I served a copy of the within Motion to Extend Automatic Stay upon the following by depositing a copy of the same in the United States Mail with sufficient postage affixed thereon to ensure delivery to:

Lesa Cherron Jack
5910 Grande River Rd
AtlantaGA30349

Nancy J. Whaley
303 Peachtree Center Av, Truist Garden Offices, Suite 120
Atlanta, GA 30303; Via E-notice ecf@njwtrustee.com

SANTANDER CONSUMER USA INC.
c/o Abel Marin, Bankruptcy Representative
P.O. BOX 961245
FORT WORTH, TX 76161

Santander Consumer USA Inc.
c/o C T Corporation System, Registered Agent
289 S Culver St.
Lawrenceville, GA 30046

Progress Residential Borrower 18 LLC
c/o Corporation Service Company, Registered Agent
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

See Attached Creditor Matrix


This   23rd   day of   February  , 2024.

By:    /s/
Eric S. Smith
Georgia Bar Number 347001
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com
**Attorney for Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 24-51908-jwc<br>Northern District of Georgia<br>Atlanta<br>Fri Feb 23 11:27:56 EST 2024 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY, UT 84131-0293 | CITICARDS CBNA<br>PO BOX 6217<br>SIOUX FALLS, SD 57117-6217 |
| CREDIT COLLECTION SERVIC<br>PO BOX 607<br>NORWOOD, MA 02062-0607 | CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS, NV 89193-8872 | Delta Community Credit Union<br>Hartsfield Airport<br>Atlanta, GA 30320 |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107-0145 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | HUNTER WARFIELD INC<br>4620 WOODLAND CORPORATE BLVD<br>TAMPA, FL 33614-2415 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Intercoastal Financial LLC<br>7954 Transit Rd #136X<br>Buffalo, NY 14221-4117 | Lesa Cherron Jack<br>5910 Grande River Rd<br>Atlanta, GA 30349-9101 |
| Karen King<br>King & King Law LLC<br>215 Pryor Street, S.W.<br>Atlanta, GA 30303-3748 | LVNV Funding<br>c/o Resurgent Capital<br>PO Box 10587<br>Greenville, SC 29603-0587 | Landmark Strategy Group, LLC<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE,<br>STE 400<br>Seattle, WA 98121-3132 |
| (p)MRV BANKS<br>871 STE GENEVIEVE DR<br>STE GENEVIEVE MO 63670-1406 | NAVY FEDERAL CR UN<br>1 SECURITY PL<br>MERRIFIELD, VA 22116 | (p)P&B CAPITAL GROUP  LLC<br>ATTN COLLEEN KIMBLE<br>455 CENTER RD<br>BUFFALO NY 14224-2100 |
| PROGRESS RESIDENTIAL BORROWER 18 LLC<br>PO Box 451027<br>Atlanta, GA 31145-9027 | PROGRESS RESIDENTIAL, LL<br>215 W 125TH ST RM 410<br>NEW YORK, NY 10027-4426 | SANTANDER CONSUMER U<br>8585 N STEMMONS FWY STE 1100 N<br>DALLAS, TX 75247-3836 |
| Totten Mathew F<br>2090 Dunwood Club Dr<br>Suite 106-33<br>Atlanta, GA 30350-5434 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | VANCE AND HUFFMAN LLC<br>55 MONETTE PKWY<br>SMITHFIELD, VA 23430-2577 |
| WEBBANK/FINGERHUT<br>13300 PIONEER TRL<br>EDEN PRAIRIE, MN 55347-4120 | WESTLAKE PORTFOLIO MANAG<br>4751 WILSHIRE BLVD STE 100<br>LOS ANGELES, CA 90010-3847 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>Suite 120, Truist Plaza Garden Offices<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1216 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue        (d)Georgia Department of Revenue        MRV BANKS/REVVI
1800 Century Blvd NE                 1800 Century Blvd NE Suite 910           PO BOX 85800
Atlanta, GA 30345                    Atlanta, GA 30345                        SIOUX FALLS, SD 57118


P&B CAPITAL GROUP LLC                End of Label Matrix
455 CENTER RD W                      Mailable recipients    26
SENECA, NY 14224                     Bypassed recipients     0
                                     Total                  26
```