**IT IS ORDERED as set forth below:**

**Date: April 5, 2024**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-51908 - JWC |
| Lesa Cherron Jack, | ) | |
| | ) | |
| Debtor(s). | ) | CHAPTER 13 |

**ORDER GRANTING MOTION TO EXTEND STAY**

On February 23, 2024, Debtor, Lesa Cherron Jack (the "Movant") filed a *Motion to Extend Stay* (the "Motion") (Doc. No. 8) setting a hearing for March 19, 2024. No creditors appeared in opposition to the Motion and with no opposition from the Chapter 13 Trustee, it is hereby

ORDERED that without limitation the automatic stay is extended as to all creditors until further order of the Court or until terminated by statute.

**[END OF DOCUMENT]**
*Signatures on following page*

Prepared By:

_____/S/_____
Winn Keathley
Georgia Bar No. 687409
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
404-524-6400
notices@kingkingllc.com
Attorney for Debtor

No Opposition:

_____/S/ *with express permission*
Julie M. Anania
Georgia Bar No. 477064
Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Ave
Truist Garden Offices, Suite 120
Atlanta, GA 30303
Staff Attorney

**DISTRIBUTION LIST**

All parties on the mailing matrix